## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DEARICK FARR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 15-CV-721-NJR-CJP** |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

By Complaint filed on June 8, 2015, Dearick Farr seeks judicial review of a final decision by the Commissioner of the United States Social Security Administration, pursuant to 42 U.S.C. § 405(g) (Doc. 1). That decision denied Farr's claim for social security benefits. Now pending before the Court is Farr's Motion for Leave to Proceed *In Forma Pauperis* ("IFP"), i.e., without prepaying the filing fee (Doc. 3).

28 U.S.C. § 1915 authorizes a federal district court to allow an indigent plaintiff to proceed in a civil action without prepaying the filing fees if the plaintiff submits an affidavit of poverty stating that he or she is unable to afford the fees. 28 U.S.C. § 1915(a)(1). The statute also requires the Court to scrutinize the complaint filed by an indigent plaintiff and dismiss the complaint if (a) the allegation of poverty is untrue, (b) the action is frivolous or malicious, (c) the action fails to state a claim upon which relief can be granted, or (d) the action seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Farr has submitted the requisite affidavit (Doc. 3), but the affidavit is incomplete.

Specifically, Farr failed to attach a "print-out from the institution(s) where he has been in custody during the last six months showing all receipts, expenditures, and balances" in Farr's prison trust fund accounts (*see* Doc. 3, p. 4). Further, the Certificate section on Farr's affidavit is also incomplete (*Id.*). As a result, the Court is unable to determine whether Farr is, in fact, indigent.

Accordingly, the Court **ORDERS** Plaintiff Dearick Farr to file an amended IFP Application and Financial Affidavit, including an attachment of his prison trust fund account, **within thirty (30) days** of this Order. The Clerk of Court is **DIRECTED** to mail a copy of the United States District Court form motion and affidavit to proceed IFP to Plaintiff along with a copy of this Order.

**IT IS SO ORDERED.**

**DATED:  August 21, 2015**

<u>**s/ Nancy J. Rosenstengel**</u>
**NANCY J. ROSENSTENGEL**
**United States District Judge**