# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEARICK FARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 15-cv-721-JPG-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff, Dearick Farr, and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

**DATED:** 11/22/2016      **Justine Flanagan, Acting Clerk**
     *s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**